EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ratificación de Miembros de La Comisión de Evaluación Judicial | 2010 TSPR 88<br><br>179 DPR _____ |

Número del Caso: EN-2010-01


Fecha: 14 de junio de 2010




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ratificación de Miembros de
la Comisión de Evaluación          EN-2010-1
Judicial

RESOLUCION

San Juan, Puerto Rico, a 14 de junio de 2010.

De conformidad con el Art. 8 de la Ley Núm. 91 de 5 de diciembre de 1991, según enmendada, y a la luz de lo dispuesto en el Art. 4 de la Ley Núm. 45 de 16 de abril de 2010, los siguientes Miembros Asociados de la Comisión de Evaluación Judicial continuarán en sus cargos hasta que se cumpla el término de tres años del nombramiento en curso:

(1)    Lcdo. José Lázaro Paoli
       Miembro Asociado

(2)    Lcda. Beatriz Vázquez de Acarón
       Miembro Asociada

La ratificación de los nombramientos dispuesta en esta Resolución será efectiva inmediatamente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo